IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALVIN AUBREY ROE,<br><br>Defendant. | CR 17-16-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Alvin Aubrey Roe (Roe) has been accused of violating the conditions of his supervised release. Roe admitted all of the alleged violations, except alleged violations 6 and 7. Roe's supervised release should be revoked. Roe should be placed in custody for 6 months, with 14 months of supervised release to follow. Roe should serve his term of custody at the Bureau of Prisons' facility in Englewood, Colorado.

## II. Status

Roe pleaded guilty to Possession of Stolen Firearms on May 23, 2017. (Doc. 106). The Court sentenced Roe to 33 months of custody, followed by 2 years of supervised release. (Doc. 172). Roe's current term of supervised release began on September 23, 2021. (Doc. 302 at 1).

**Petition**

The United States Probation Office filed a Petition on May 9, 2022, requesting that the Court revoke Roe's supervised release. (Doc. 302). The Petition alleged that Roe had violated the conditions of his supervised release: 1) by failing to report for substance abuse treatment; 2) by consuming marijuana on two occasions; 3) by failing to report for substance abuse testing on two separate occasions; 4) by smoking marijuana; 5) by using methamphetamine on two separate occasions; 6) by committing another crime; 7) by failing to follow the instructions of his probation officer; and 8) by submitting a diluted urine sample.

**Initial appearance**

Roe appeared before the undersigned for his initial appearance on June 14, 2022. Roe was represented by counsel. Roe stated that he had read the petition and that he understood the allegations. Roe waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on June 14, 2022. Roe admitted that he had violated the conditions of his supervised release: 1) by failing to report for substance abuse treatment; 2) by consuming marijuana on two separate

occasions; 3) by failing to report for substance abuse testing on two separate occasions; 4) by smoking marijuana; 5) by using methamphetamine on two separate occasions; and 6) by submitting a diluted urine sample. The violations that Roe admitted are serious and warrant revocation of Roe's supervised release.

Roe's violations are Grade C violations. Roe's criminal history category is V. Roe's underlying offense is a Class C felony. Roe could be incarcerated for up to 24 months. Roe could be ordered to remain on supervised release for up to 20 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 7 to 13 months.

### III. Analysis

Roe's supervised release should be revoked. Roe should be incarcerated for 6 months, with 14 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Roe should serve his term of custody at the Bureau of Prisons' facility in Englewood, Colorado.

### IV. Conclusion

The Court informed Roe that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Roe of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Roe that Judge Morris would consider a timely

3

objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

>That Alvin Aubrey Roe violated the conditions of his supervised release: by failing to report for substance abuse treatment; by consuming marijuana on two separate occasions; by failing to report for substance abuse testing on two separate occasions; by smoking marijuana; by using methamphetamine on two separate occasions; and by submitting a diluted urine sample.

The Court **RECOMMENDS:**

>That the District Court revoke Roe's supervised release and commit Roe to the custody of the United States Bureau of Prisons for 6 months, with 14 months of supervised release to follow. Roe should serve his term of custody at the Bureau of Prisons' facility in Englewood, Colorado.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district

4

court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 15th day of June, 2022.

John Johnston
United States Magistrate Judge